UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BERL,

                    Plaintiff,                        21 Civ. 2526 (KMK)(AEK)

      -against-                        **CANCELLATION ORDER**

U.S. BANK, N.A.,

                    Defendant.

-----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       In light of the notice of settlement filed by the parties on October 15, 2021, *see* ECF No.

22, the telephonic conference scheduled for **Monday, October 25, 2021, at 2:30 p.m.** before

Magistrate Judge Krause is hereby **cancelled**.

Dated:  October 18, 2021
       White Plains, New York

                              **SO ORDERED.**

                              _____
                              ANDREW E. KRAUSE
                              United States Magistrate Judge